1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone: (408) 298-2000
4  Facsimile:  (408) 298-6046

5  Attorneys for Plaintiffs
   Ronald Moore

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  RONALD MOORE,                    )  No: 1:10-CV-02188-OWW-DLB
                                     )
12            Plaintiffs,            )  **STIPULATION FOR DISMISSAL OF**
                                     )  **ACTION; ORDER**
13       vs.                         )
                                     )
14  FAHD G. GEHAM dba STAR ONE MART, )
                                     )
15            Defendant.             )
                                     )
16                                   )
                                     )
17  _____)

18       IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore ("Plaintiff") and

19  Defendant Fahd G. Mubarak (erroneously sued herein as Fahd G. Geham) dba Star One Mart

20  ("Defendant"), by and through their respective counsel, that pursuant to Federal Rule of Civil

21  Procedure 41(a)(2), the action be dismissed with prejudice.

22       IT IS FURTHER STIPULATED between Plaintiff and Defendant that this case has been

23  settled as between them and all issues and controversies have been resolved to their mutual

24  satisfaction. Plaintiff and Defendant request that the Court retain jurisdiction to enforce the

25  terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Ins. Co.*

26  *of America,* 511 U.S. 375, 381-82 (1994).

27  //

28  //

*Moore v. Geham*
Stipulation for Dismissal; Order
                              Page 1

1   Date: June 22, 2011                    MOORE LAW FIRM, P.C.

2

3                                          /s/ Tanya E. Moore
                                           Tanya E. Moore
4                                          Attorneys for Plaintiff Ronald Moore

5

6   Date: June 22, 2011                    LANG, ROBERT & PATCH

7

8                                          /s/ Charles Trudrung Taylor
                                           Charles Trudrung Taylor, Attorneys for
9                                          Defendant Fahd G. Mubarak dba Star
                                           One Mart
10

11                          **ORDER**

12       The parties having so stipulated,

13       **IT IS HEREBY ORDERED** as follows:

14       1.      Plaintiff Ronald Moore and Defendant Fahd G. Mubarak (erroneously sued

15  herein as Fahd G. Geham) dba Star One Market shall comply with the terms of the confidential

16  Settlement Agreement and Release in Full, the terms of which are incorporated herein by

17  reference.

18       2.      By consent of Plaintiff Ronald Moore and Defendant Fahd G. Mubarak, the

19  Court shall retain jurisdiction in this matter for the purpose of enforcing the terms of the

20  settlement agreement.

21       3.      Except as provided for in paragraphs 1 and 2 above, the action is dismissed with

22  prejudice in its entirety.

23

24  IT IS SO ORDERED.

25     Dated:   **June 22, 2011**              **/s/ Oliver W. Wanger**
                                           UNITED STATES DISTRICT JUDGE
26

27

28

*Moore v. Geham*
Stipulation for Dismissal; Order